IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DEBORAH L. PRECOUR,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:12-CV-2666-L** |
| | § | |
| **CAROLYN W. COLVIN,** Commissioner of Social Security Administration, | § | |
| | § | |
| | § | |
| Defendant. | § | |

# ORDER

Plaintiff filed this appeal on August 5, 2012, from the decision of the Commissioner of the Social Security Administration ("Commissioner") denying her claims for Disability Insurance benefits and Social Security Income benefits under Titles II and XVI of the Social Security Act. The case was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on July 18, 2013, recommending that the final decision of the Commissioner be affirmed and this appeal dismissed with prejudice.

Plaintiff filed objections to the Report on August 1, 2013. Plaintiff contends that the magistrate judge erred in sustaining the administrate law judge's ("ALJ") failure to properly weigh the opinion of the treating neuropsychologist or to give good cause for rejecting it. Plaintiff also contends that the magistrate judge erred in sustaining the ALJ's erroneous failure to include all limitations supported by the record in her residual functional capacity finding.

After conducting a de novo review of the pleadings, objections, file, record, applicable law, and the magistrate judge's findings and conclusions, the court determines that the magistrate judge's

findings and conclusions are correct, and **accepts** them as those of the court.  Accordingly, the court **overrules** Plaintiff's objections, **affirms** the Commissioner's decision, and **dismisses with prejudice** this appeal.

**It is so ordered** this 6th day of August, 2013.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge